# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CAROL CRUZ-ACEVEDO

    Plaintiff

    vs.

CONAGRA FOODS, INC.

    Defendant

Civil Case No. 15-2307(ADC)

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order for entry of Judgment on January 22, 2016.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 25th day of January 2016.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: s/Sarah V. Ramón
       Sarah V. Ramón, Deputy Clerk